IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TANESHA E. RANDOLPH,

    Petitioner,                    No. 03-CV-5232 ALA HC

    vs.

GLORIA A. HENRY, Warden,

    Respondent.                  ORDER

_____/

    Petitioner Tanesha E. Randolph is a California state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On August 21, 2007, Petitioner was ordered to show cause as to why this petition should not be dismissed for failure to allege a constitutional violation. That order was returned to this court on September 10, 2007 as undeliverable. It appears that petitioner has failed to comply with Local Rules 83-182(f), and 11-110 (E.D. Cal. 1997), which require that a party appearing in propria persona inform the court of any address change.

    Therefore, IT IS HEREBY ORDERED that Petitioner is <u>ordered to show cause within 14</u>

-1-

1 <u>days</u> as to why this action should not be dismissed for Petitioner's failure to keep the court

2 apprised of her current address.

3 /////

4 DATED: November 16, 2007

/s/ Arthur L. Alarcón<br>
UNITED STATES CIRCUIT  JUDGE<br>
Sitting by Designation

-2-